NO. 07-09-0033-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 13, 2009

______________________________

In the Interest of I.M.F., A Child

     _________________________________

FROM THE 27
TH
 DISTRICT COURT OF LAMPASAS COUNTY;

NO. 16,780; HON. BILL BACHUS, PRESIDING

_______________________________

Memorandum Anders Opinion

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Morgan Banda had her parental rights to I.M.F. terminated and has appealed from that order.  Her appointed counsel has filed a motion to withdraw, together with an 
Anders
(footnote: 1) brief wherein he certified that, after diligently searching the record, he has concluded that the appeal is without merit.  Along with his brief, appellate counsel has  attached a copy of a letter sent to appellant informing her of her right to file a response 
pro se
.  By letter dated January 30, 2009, this court also informed appellant of her right to tender her own response and set March 2, 2009, as the deadline to do so.   To date, we have not received a response.

In compliance with the principles enunciated in 
Anders
, appellate counsel discussed the legal and factual sufficiency of the evidence to support the trial court’s statutory findings as a basis for termination and the finding that termination is in the best interest of the child.  However, he has also explained why the evidence is sufficient to support those findings.  Moreover, we note that no statement of points on appeal or motion for new trial was filed; so little, if anything, was preserved for appeal.  
See 
Tex. Fam. Code Ann. 
§263.405(i) (Vernon 2008).  We have also conducted our own review of the record to uncover any reversible error and have found none. 

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.

Brian Quinn 

          Chief Justice

FOOTNOTES
1:
Anders v. California, 
386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).